

# City of Chetek

P.O. Box 194 • 1125 Railroad Ave. • Chetek, Wisconsin 54728-0194
Phone (715) 924-4236
Fax (715) 924-4280
Email: chetekcs@chibardun.net

EXHIBIT
4 Atwood
AJ 7-8-09

To : Karl Swanson

Karl, after much debate The City of Chetek has concluded that you are in violation of ordinance 13-1-132 with your fence. At this time you are receiving a 50.00 dollar citation for not getting a fence permit. You are also being ordered to move your front fence back 5 feet from the street line witch is required by code, witch is 21.5 feet from the center of the street. The City is allowing you 10 working days to move the front fence back. After 10 days the City has the right to move the fence and bill you for the cost of doing so. At this time you will need to get a permit to do any further work witch is 40.00 dollars. Non compliance with the above statements will result in a daily citation. Thank you for your cooperation. Please call if you have any questions.
City Building Inspector
Issued : 6-27-07

DEPOSITION EXHIBIT
Atwood 2
3/4/08

"City of Lakes"