

**Weld, Riley, Prenn & Ricci** SC

Attorneys At Law

Joel L. Aberg*
John Robert Behling
Tanya M. Bruder
Mindy K. Dale
Richard D. Duplessie
Christine A. Gimber
Thomas J. Graham, Jr.
Anders B. Helquist
Melissa A. Kirschner*
M. Laurie Klinkhammer*
Donald R. Marjala
William S. Milne
Thomas J. Misfeldt
G. Scott Nicastro
Brian M. Nodolf
Michael F. O'Brien
Jack A. Postlewaite
Kathryn J. Prenn
Thomas B. Rusboldt
Ryan D. Schuetz
Victoria L. Seltun*
William J. Spangler
Ryan J. Steffes
William H. Thedinga
William G. Thiel
Jacob P. Torgerson
Andrea M. Voelker
James M. Ward
Paul H. Weinke
Stephen L. Weld
William J. Westerlund

Of Counsel:
Frederick W. (Ted) Fischer
Thomas J. Sazama

Emeritus:
Geo. Michael Carroll
Richard J. Ricci

Stevens L. Riley, 1932-2000

Weld, Riley,
Prenn & Ricci, S.C.

A Wisconsin Limited
Liability Entity

3624 Oakwood Hills Pkwy.
P.O. Box 1030
Eau Claire, WI 54702-1030
715-839-7786
FAX 715-839-8609
Menomonie: 715-235-4216

www.wrpr.com

*Also licensed to practice
 in Minnesota

October 7, 2009

A. Steven Porter
Suite 112
7818 Big Sky Dr.
Madison WI 53719

Re:   Karl T. Swanson, et al. v. City of Chetek, et al.
      Case No. 09CV97
      Our File No. 27670.0028

Dear Steve:

Enclosed are copies of the following documents you requested during Mr. Atwood's deposition:

1.   City Council minutes from May, 2007 which mention Mr. Atwood;

2.   City Council minutes from April 15, 2008, May 13, 2008 and June 10, 2008, which may concern Mr. Swanson;

3.   A blank copy of the complaint form; and,

4.   Various Ordinances of the City of Chetek which concern, in part, stop work orders.

To the best of our knowledge, there are no other minutes of any City Council meeting where the issuance of citations to Mr. Swanson were discussed which have not been provided to you.

I have reminded Mr. Atwood there were other documents you requested during the deposition. I will get those documents to you when I receive them. As nearly as I can tell, none of those documents would have a direct bearing on your response to our Motion for Summary Judgment.

Very truly yours,

WELD, RILEY, PRENN & RICCI, S.C.

Thomas J. Misfeldt

TJM:jeb
Enclosures
cc:   Jerry L. Whitworth
      Carmen J. Newman