IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KARL SWANSON and
KATHY WIETHARN,

    Plaintiffs,

v.

CITY OF CHETEK, a municipal corporation,
and JERRY WHITWORTH, in his individual
and official capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-97-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants City of Chetek and Jerry Whitworth and plaintiffs' equal protection claims are dismissed. Plaintiffs' state law claims are dismissed without prejudice.

_____       _2/17/10_____
Peter Oppeneer, Clerk of Court                  Date